01/2012

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

IN RE:                                              )
   **William Joseph Cusick**                        )   Chapter 7
   **Marilyn Eleanor Cusick**                       )   Bankruptcy Case No.
                                                    )
   Debtor(s)                                        )

## DECLARATION REGARDING ELECTRONIC FILING
## PETITION AND ACCOMPANYING DOCUMENTS

### DECLARATION OF PETITIONER(S)

A.   [To be completed in all cases]

I(We), **William Joseph Cusick** and **Marilyn Eleanor Cusick**, the undersigned debtor(s), corporate officer, partner, or member hereby declare under penalty of perjury that (1) the information I(we) have given my (our) attorney is true and correct; (2) I(we) have reviewed the petition, statements, schedules, and other documents being filed with the petition; and (3) the document s are true and correct.

B.   [To be checked and applicable only if the petition is for a corporation or other limited liability entity.]

☐ I, _____, the undersigned, further declare under penalty of perjury that I have been authorized to file this petition on behalf of the debtor.

| | |
|---|---|
| **William Joseph Cusick** | **Marilyn Eleanor Cusick** |
| Printed or Typed Name of Debtor or Representative | Printed or Typed Name of Joint Debtor |
| /s/ William Cusick | /s/ Marilyn Cusick |
| Signature of Debtor or Representative | Signature of Joint Debtor |
| **November 28, 2012** | **November 28, 2012** |
| Date | Date |