B9A (Official Form 9A) (Chapter 7 Individual or Joint Debtor No Asset Case) (12/12)     Case Number **12−47454**

# UNITED STATES BANKRUPTCY COURT
Northern District of Illinois

# Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors, & Deadlines
A chapter 7 bankruptcy case concerning the debtor(s) listed below was filed on November 30, 2012.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below. NOTE: The staff of the bankruptcy clerk's office cannot give legal advice.

**Creditors −− Do not file this notice in connection with any proof of claim you submit to the court.
See Reverse Side For Important Explanations**

Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| William Joseph Cusick<br>aka Bill Cusick, fdba Vox, Inc.<br>216 South Harvey Avenue<br>Oak Park, IL 60302 | Marilyn Eleanor Cusick<br>aka Marti Cusick, fka Marilyn Green<br>216 South Harvey Avenue<br>Oak Park, IL 60302 |
| Case Number:  12−47454<br>Office Code:    1 | Social Security / Individual Taxpayer ID / Employer Tax ID / Other nos:<br>xxx−xx−9103<br>xxx−xx−4460 |
| Attorney for Debtor(s) (name and address):<br>Mohammed O Badwan<br>Sulaiman Law Group, LTD<br>900 Jorie Blvd Ste 150<br>Oak Brook, IL 60523<br>Telephone number: (630) 575−8181 | Bankruptcy Trustee (name and address):<br>Ira Bodenstein<br>Shaw Fishman Glantz & Towbin LLC<br>Towbin LLC<br>321 N Clark Street Suite 800<br>Chicago, IL 60654<br>Telephone number: 312−666−2861 |

## Meeting of Creditors:

Date: **January 28, 2013**      Time: **12:30 PM**

Location: **219 South Dearborn, Office of the U.S. Trustee, 8th Floor, Room 800, Chicago, IL 60604**

**All debtors are required to attend and bring a picture ID and proof of their Social Security Number to the 341 meeting.**

### Presumption of Abuse under 11 U.S.C. § 707(b)
*See "Presumption of Abuse" on reverse side.*

**The presumption of abuse does not arise.**

### Deadlines:
Papers must be *received* by the bankruptcy clerk's office by the following deadlines:

**Deadline to Object to Debtor's Discharge *or* to Challenge Dischargeability of Certain Debts: March 29, 2013**

**Deadline to Object to Exemptions:**
Thirty (30) days after the *conclusion* of the meeting of creditors.

### Creditors May Not Take Certain Actions:
In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

**Please Do Not File a Proof of Claim Unless You Receive a Notice To Do So.**

### Creditor with a Foreign Address:
A creditor to whom this notice is sent at a foreign address should read the information under "Do Not File a Proof of Claim at This Time" on the reverse side.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>Eastern Division<br>219 S Dearborn<br>7th Floor<br>Chicago, IL 60604<br>Telephone number: 1−866−222−8029 | **For the Court:**<br>Clerk of the Bankruptcy Court:<br>Kenneth S. Gardner |
| Hours Open:  Monday − Friday 8:30 AM −4:30 PM | Date:  December 3, 2012 |

# EXPLANATIONS                                                   B9A (Official Form 9A) (12/12)

| | |
|---|---|
| Filing of Chapter 7 Bankruptcy Case | A bankruptcy case under chapter 7 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed on the front side, and an order for relief has been entered. |
| **Legal Advice** | The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code §362. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; starting or continuing lawsuits or foreclosures; and garnishing or deducting from the debtor's wages. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. |
| Presumption of Abuse | If the presumption of abuse arises, creditors may have the right to file a motion to dismiss the case under § 707(b) of the Bankruptcy Code. The debtor may rebut the presumption by showing special circumstances. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time and location listed on the front side. *The debtor (both spouses in a joint case) must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date specified in a notice filed with the court. |
| Do Not File a Proof of Claim at This Time | There does not appear to be any property available to the trustee to pay creditors. *You therefore should not file a proof of claim at this time.* If it later appears that assets are available to pay creditors, you will be sent another notice telling you that you may file a proof of claim, and telling you the deadline for filing your proof of claim. If this notice is mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline. ***Do not include this notice with any filing you make with the court.*** |
| Discharge of Debts | The debtor is seeking a discharge of most debts, which may include your debt. A discharge means that you may never try to collect the debt from the debtor. If you believe that the debtor is not entitled to receive a discharge under Bankruptcy Code §727(a) *or* that a debt owed to you is not dischargeable under Bankruptcy Code §523(a)(2), (4), or (6), you must file a complaint –– or a motion if you assert the discharge should be denied under § 727(a)(8) or (a)(9) –– in the bankruptcy clerk's office by the "Deadline to Object to Debtor's Discharge or to Challenge the Dischargeability of Certain Debts" listed on the front of this form. The bankruptcy clerk's office must receive the complaint or motion and any required filing fee by that deadline. |
| Exempt Property | The debtor is permitted by law to keep certain property as exempt. Exempt property will not be sold and distributed to creditors. The debtor must file a list of all property claimed as exempt. You may inspect that list at the bankruptcy clerk's office. If you believe that an exemption claimed by the debtor is not authorized by law, you may file an objection to that exemption. The bankruptcy clerk's office must receive the objections by the "Deadline to Object to Exemptions" listed on the front side. |
| Bankruptcy Clerk's Office | Any paper that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the address listed on the front side. You may inspect all papers filed, including the list of the debtor's property and debts and the list of the property claimed as exempt, at the bankruptcy clerk's office. |
| Creditor with a Foreign Address | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |

–– Refer to Other Side for Important Deadlines and Notices ––

United States Bankruptcy Court
Northern District of Illinois

```
In re:                                                              Case No. 12-47454-JBS
William Joseph Cusick                                               Chapter 7
Marilyn Eleanor Cusick
        Debtors                     CERTIFICATE OF NOTICE

District/off: 0752-1          User: aiwinski           Page 1 of 3            Date Rcvd: Dec 03, 2012
                              Form ID: b9a             Total Noticed: 45


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 05, 2012.
db/jdb     +William Joseph Cusick,    Marilyn Eleanor Cusick,   216 South Harvey Avenue,
             Oak Park, IL 60302-3312
19763254   +Associated Pathology Consultants,    Elmhurst, S.C.,   PO Box 3680,    Peoria, IL 61612-3680
19763256   +Capital One Finance,   3901 Dallas Parkway,   Plano, TX 75093-7864
19763259   +Citibank, N.A.,   399 Park Avenue,   New York, NY 10022-4699
19763261   +Community Bank Oak Park Rive,    1001 Lake Street,   Oak Park, IL 60301-1101
19763262   +Computer Credit,   Po Box 4052,   Carol Stream, IL 60197-4052
19763263   +Computer Credit, Inc - Claim Dept.003482,    640 West Fourth Street,    Post Office Box 5238,
             Winston Salem, NC 27113-5238
19763265   +Dr. Edward Paloyan,   333 Chestnut St Suite L03,   Hinsdale, IL 60521-3258
19763267   +Elmhurst Clinic,   division of Elmhurst Memorial Healthcare,     25847 Network Place,
             Chicago, IL 60673-1258
19763269   +Elmhurst Memorial Clinic,    Po box 4052,   Carol Stream, IL 60197-4052
19763270   +Elmhurst Memorial Healthcare,    PO Box 4052,   Carol Stream, IL 60197-4052
19763271   +Elmhurst Memorial Hospital,    Patient Accounts,   PO Box 536,    Linden, MI 48451-0536
19763272   +Elmhurst Radiologists,    PO Box 1035,   Bedford Park, IL 60499-1035
19763273   +Elmhurst Radiologists,    200 N. Berteau Avenue,   Elmhurst, IL 60126-2966
19763274    Equifax Information Services, LLC,    1550 Peachtree Street NW,    Atlanta, GA 30309
19763275   +Experian Information Solutions, Inc.,    475 Anton Boulevard,    Costa Mesa, CA 92626-7037
19763276   +Ffcc-Colmbus,   Po Box 20790,   Columbus, OH 43220-0790
19763277   +First Federal Credit Control,    1550 Old Henderson Road,   Columbus, OH 43220-3626
19763278   +Freedman Anselmo Lindberg LLC,    1807 W. Diehl Road, Suite 333,    Naperville, IL 60563-1890
19763279   +Freedman Anselmo Lindberg LLC,    Po Box 3228,   Naperville, IL 60566-3228
19763286   +PNC Mortgage,   3232 Newmark Dr., Bldg. 8,   Miamisburg, OH 45342-5433
19763285   +PNC Mortgage,   6 N. Main Street,   Dayton, OH 45402-1908
19763284   +Pierce & Associates,    1 North Dearborn,   Ste 1300,   Chicago, IL 60602-4373
19763288   +Private Bank,   70 West Madison,   Suite 200,   Chicago, IL 60602-4218
19763287   +Private Bank,   120 South LaSalle,   Chicago, IL 60603-3412
19763290   +Shanker Valleau Accountants, Inc.,    1421 Sherman Avenue, #101,    Evanston, IL 60201-4814
19763291    Trans Union LLC,   1561 E. Orangethorpe Avenue,   Fullerton, CA 92831-5210

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty         E-mail/Text: mbadwan@sulaimanlaw.com Dec 04 2012 02:35:51     Mohammed O Badwan,
             Sulaiman Law Group, LTD,    900 Jorie Blvd Ste 150,   Oak Brook, IL  60523
tr         +EDI: BIBODENSTEIN.COM Dec 04 2012 02:18:00      Ira Bodenstein,    Shaw Fishman Glantz & Towbin LLC,
             Towbin LLC,   321 N Clark Street Suite 800,   Chicago, IL 60654-4766
19763253   +EDI: BECKLEE.COM Dec 04 2012 02:18:00      American Express *,    c/o Becket & Lee,   P.O. Box 3001,
             Malvern, PA 19355-0701
19763255   +EDI: CAPITALONE.COM Dec 04 2012 02:18:00      Capital One Bank,    P.O. Box 6492,
             Carol Stream, IL 60197-6492
19763257   +EDI: AIS.COM Dec 04 2012 02:18:00      Capital One, N.A. *,    c/o American Infosource,
             P.O Box 54529,   Oklahoma City, OK 73154-1529
19763258   +EDI: CITICORP.COM Dec 04 2012 02:18:00      Citibank,    Attn: Bankruptcy Dept,    Po Box 20507,
             Kansas City, MO 64195-0507
19763260   +EDI: CITICORP.COM Dec 04 2012 02:18:00      Citicorp Credit Services *,
             ATTN: Internal Recovery; Centralized Bk,    P.O. Box 20507,    Kansas City, MO 64195-0507
19763264    EDI: DISCOVER.COM Dec 04 2012 02:18:00      Discover Financial Services,    2500 Lake Cook Rd.,
             Deerfield, IL 60015
19763266   +E-mail/Text: sdervis@emhc.org Dec 04 2012 02:48:54     Elmhurst Clinic,    Dept 4584,
             Carol Stream, IL 60122-0001
19763281   +E-mail/Text: mmrgbk@miramedrg.com Dec 04 2012 03:17:26      MiraMed Revenuie Group, LLC,
             PO Box 536,   Linden, MI 48451-0536
19763280   +E-mail/Text: mmrgbk@miramedrg.com Dec 04 2012 03:17:26      Miramed,    991 Oak Creek Drive,
             Lombard, IL 60148-6408
19763282   +E-mail/Text: clientservices@northwestcollectors.com Dec 04 2012 02:43:39      Northwest Collectors,
             3601 Algonquin Road Ste 23,    Rolling Meadows, IL 60008-3126
19763283   +E-mail/Text: clientservices@northwestcollectors.com Dec 04 2012 02:43:39
             Northwest Collectors Inc,    3601 Algonquin Road,   Ste232,    Rolling Meadows, IL 60008-3126
19763289   +EDI: SEARS.COM Dec 04 2012 02:18:00      Sears / CBSD,   Attn: Bankruptcy Department,
             PO Box 6189,   Sioux Falls, SD 57117-6189
19763294    EDI: USBANKARS.COM Dec 04 2012 02:18:00      US Bank,   P.O. Box 790408,    Saint Louis, MO 63179
19763295    EDI: USBANKARS.COM Dec 04 2012 02:18:00      US Bank, N.A.,    Bankruptcy/Recovery Department,
             P.O. Box 5229,   Cincinnati, OH 45201
19763293    EDI: USBANKARS.COM Dec 04 2012 02:18:00      Us Bank,   4325 17th Ave S,    Fargo, ND 58125
19763292   +EDI: USBANKARS.COM Dec 04 2012 02:18:00      US Bancorp Center,    800 Nicollet Mall,
             Minneapolis, MN 55402-2511
                                                                                              TOTAL: 18
```

```
District/off: 0752-1          User: aiwinski           Page 2 of 3              Date Rcvd: Dec 03, 2012
                              Form ID: b9a             Total Noticed: 45

             ***** BYPASSED RECIPIENTS (continued) *****

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
 19763268    ##+Elmhurst Clinic,    1S450 Summit Avenue # 390,,    Oakbrook Terrace, IL 60181-3976
                                                                                TOTALS: 0, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Dec 05, 2012**                          **Signature:**    _Joseph Speetjens_

```
District/off: 0752-1           User: aiwinski              Page 3 of 3                   Date Rcvd: Dec 03, 2012
                               Form ID: b9a                Total Noticed: 45
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 3, 2012 at the address(es) listed below:
    Ira Bodenstein    iratrustee@shawfishman.com, IL29@ecfcbis.com;cowens@shawfishman.com
    Mohammed O Badwan    on behalf of Debtor William Cusick mbadwan@sulaimanlaw.com, mbadwan@sulaimanlaw.com;courtinfo@sulaimanlaw.com;bkycourtinfo@gmail.com
    Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                           TOTAL: 3