B18J (Official Form 18J) (12/07)

# United States Bankruptcy Court

Northern District of Illinois
**Case No. 12−47454**
**Chapter 7**

In re: Debtors (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| William Joseph Cusick<br>aka Bill Cusick, fdba Vox, Inc.<br>216 South Harvey Avenue<br>Oak Park, IL 60302 | Marilyn Eleanor Cusick<br>aka Marti Cusick, fka Marilyn Green<br>216 South Harvey Avenue<br>Oak Park, IL 60302 |

Social Security / Individual Taxpayer ID No.:
   xxx−xx−9103                             xxx−xx−4460

Employer Tax ID / Other nos.:


## DISCHARGE OF JOINT DEBTORS

     It appearing that the debtors are entitled to a discharge, **IT IS ORDERED:** The debtors are granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code).


                                                              FOR THE COURT


Dated: <u>April 1, 2013</u>                                      <u>Kenneth S. Gardner, Clerk</u>
                                                                    United States Bankruptcy Court


**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

B18J (Official Form 18J) (12/07) – Cont.

# EXPLANATION OF BANKRUPTCY DISCHARGE
# IN A CHAPTER 7 CASE

This court order grants a discharge to the person named as the debtor. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

**Collection of Discharged Debts Prohibited**

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

**Debts That are Discharged**

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

**Debts that are Not Discharged.**

Some of the common types of debts which are <u>not</u> discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;

b. Debts incurred to pay nondischargeable taxes (in a case filed on or after October 17, 2005);

c. Debts that are domestic support obligations;

d. Debts for most student loans;

e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;

g. Some debts which were not properly listed by the debtor;

h. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;

i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts; and

j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift Savings Plan for federal employees for certain types of loans from these plans (in a case filed on or after October 17, 2005).

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
Northern District of Illinois

In re:
William Joseph Cusick
Marilyn Eleanor Cusick
    Debtors

Case No. 12-47454-JBS
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0752-1     User: admin     Page 1 of 3     Date Rcvd: Apr 01, 2013
                Form ID: b18     Total Noticed: 44

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 03, 2013.

```
db/jdb       +William Joseph Cusick,    Marilyn Eleanor Cusick,    216 South Harvey Avenue,
               Oak Park, IL 60302-3312
19763254     +Associated Pathology Consultants,    Elmhurst, S.C.,    PO Box 3680,    Peoria, IL 61612-3680
19763256     +Capital One Finance,    3901 Dallas Parkway,    Plano, TX 75093-7864
19763259     +Citibank, N.A.,    399 Park Avenue,    New York, NY 10022-4699
19763261     +Community Bank Oak Park Rive,    1001 Lake Street,    Oak Park, IL 60301-1101
19763262     +Computer Credit,    Po Box 4052,    Carol Stream, IL 60197-4052
19763263     +Computer Credit, Inc - Claim Dept.003482,    640 West Fourth Street,    Post Office Box 5238,
               Winston Salem, NC 27113-5238
19763265     +Dr. Edward Paloyan,    333 Chestnut St Suite L03,    Hinsdale, IL 60521-3258
19763267     +Elmhurst Clinic,    division of Elmhurst Memorial Healthcare,    25847 Network Place,
               Chicago, IL 60673-1258
19763269     +Elmhurst Memorial Clinic,    Po box 4052,    Carol Stream, IL 60197-4052
19763270     +Elmhurst Memorial Healthcare,    PO Box 4052,    Carol Stream, IL 60197-4052
19763271     +Elmhurst Memorial Hospital,    Patient Accounts,    PO Box 536,    Linden, MI 48451-0536
19763272     +Elmhurst Radiologists,    PO Box 1035,    Bedford Park, IL 60499-1035
19763273     +Elmhurst Radiologists,    200 N. Berteau Avenue,    Elmhurst, IL 60126-2966
19763274      Equifax Information Services, LLC,    1550 Peachtree Street NW,    Atlanta, GA 30309
19763275     +Experian Information Solutions, Inc.,    475 Anton Boulevard,    Costa Mesa, CA 92626-7037
19763276     +Ffcc-Colmbus,    Po Box 20790,    Columbus, OH 43220-0790
19763277     +First Federal Credit Control,    1550 Old Henderson Road,    Columbus, OH 43220-3626
19763278    #+Freedman Anselmo Lindberg LLC,    1807 W. Diehl Road, Suite 333,    Naperville, IL 60563-1890
19763279     +Freedman Anselmo Lindberg LLC,    Po Box 3228,    Naperville, IL 60566-3228
19763286     +PNC Mortgage,    3232 Newmark Dr., Bldg. 8,    Miamisburg, OH 45342-5433
19763285     +PNC Mortgage,    6 N. Main Street,    Dayton, OH 45402-1908
19763284     +Pierce & Associates,    1 North Dearborn,    Ste 1300,    Chicago, IL 60602-4373
19763288     +Private Bank,    70 West Madison,    Suite 200,    Chicago, IL 60602-4218
19763287     +Private Bank,    120 South LaSalle,    Chicago, IL 60603-3412
19763290     +Shanker Valleau Accountants, Inc.,    1421 Sherman Avenue, #101,    Evanston, IL 60201-4814
19763291      Trans Union LLC,    1561 E. Orangethorpe Avenue,    Fullerton, CA 92831-5210
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
tr           +EDI: BIBODENSTEIN.COM Apr 02 2013 02:33:00      Ira Bodenstein,    Shaw Fishman Glantz & Towbin LLC,
               Towbin LLC,    321 N Clark Street Suite 800,    Chicago, IL 60654-4766
19763253     +EDI: BECKLEE.COM Apr 02 2013 02:33:00      American Express *,    c/o Becket & Lee,    P.O. Box 3001,
               Malvern, PA 19355-0701
19763255     +EDI: CAPITALONE.COM Apr 02 2013 02:33:00      Capital One Bank,    P.O. Box 6492,
               Carol Stream, IL 60197-6492
19763257     +EDI: AIS.COM Apr 02 2013 02:38:00      Capital One, N.A. *,    c/o American Infosource,
               P.O Box 54529,    Oklahoma City, OK 73154-1529
19763258     +EDI: CITICORP.COM Apr 02 2013 02:33:00      Citibank,    Attn: Bankruptcy Dept,    Po Box 20507,
               Kansas City, MO 64195-0507
19763260     +EDI: CITICORP.COM Apr 02 2013 02:33:00      Citicorp Credit Services *,
               ATTN: Internal Recovery; Centralized Bk,    P.O. Box 20507,    Kansas City, MO 64195-0507
19763264      EDI: DISCOVER.COM Apr 02 2013 02:33:00      Discover Financial Services,    2500 Lake Cook Rd.,
               Deerfield, IL 60015
19763266     +E-mail/Text: ecar@emhc.org Apr 02 2013 04:48:52      Elmhurst Clinic,    Dept 4584,
               Carol Stream, IL 60122-0001
19763281     +E-mail/Text: mmrgbk@miramedrg.com Apr 02 2013 04:53:39      MiraMed Revenuie Group, LLC,
               PO Box 536,    Linden, MI 48451-0536
19763280     +E-mail/Text: mmrgbk@miramedrg.com Apr 02 2013 04:53:39      Miramed,    991 Oak Creek Drive,
               Lombard, IL 60148-6408
19763282     +E-mail/Text: clientservices@northwestcollectors.com Apr 02 2013 04:19:28      Northwest Collectors,
               3601 Algonquin Road Ste 23,    Rolling Meadows, IL 60008-3143
19763283     +E-mail/Text: clientservices@northwestcollectors.com Apr 02 2013 04:19:28
               Northwest Collectors Inc,    3601 Algonquin Road,    Ste232,    Rolling Meadows, IL 60008-3143
19763289     +EDI: SEARS.COM Apr 02 2013 02:33:00      Sears / CBSD,    Attn: Bankruptcy Department,
               PO Box 6189,    Sioux Falls, SD 57117-6189
19763294      EDI: USBANKARS.COM Apr 02 2013 02:33:00      US Bank,    P.O. Box 790408,    Saint Louis, MO 63179
19763295      EDI: USBANKARS.COM Apr 02 2013 02:33:00      US Bank, N.A.,    Bankruptcy/Recovery Department,
               P.O. Box 5229,    Cincinnati, OH 45201
19763293      EDI: USBANKARS.COM Apr 02 2013 02:33:00      Us Bank,    4325 17th Ave S,    Fargo, ND 58125
19763292     +EDI: USBANKARS.COM Apr 02 2013 02:33:00      US Bancorp Center,    800 Nicollet Mall,
               Minneapolis, MN 55402-2511
                                                                                              TOTAL: 17
```

       ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****

```
District/off: 0752-1           User: admin              Page 2 of 3              Date Rcvd: Apr 01, 2013
                               Form ID: b18             Total Noticed: 44

19763268    ##+Elmhurst Clinic,    1S450 Summit Avenue # 390,,    Oakbrook Terrace, IL 60181-3976
                                                                             TOTALS: 0, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 03, 2013**                **Signature:**    _Joseph Speetjens_

```
District/off: 0752-1          User: admin              Page 3 of 3                 Date Rcvd: Apr 01, 2013
                              Form ID: b18             Total Noticed: 44
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 1, 2013 at the address(es) listed below:

        Christopher M Brown    on behalf of Creditor    PNC Bank, N.A. northerndistrict@atty-pierce.com, cbrown@atty-pierce.com

        Ira Bodenstein    iratrustee@shawfishman.com,  IL29@ecfcbis.com;cowens@shawfishman.com

        Mohammed O Badwan    on behalf of Debtor William Joseph Cusick mbadwan@sulaimanlaw.com, mbadwan@sulaimanlaw.com;courtinfo@sulaimanlaw.com;bkycourtinfo@gmail.com;ECFNotice@sulaimanlaw.com

        Mohammed O Badwan    on behalf of Joint Debtor Marilyn Eleanor Cusick mbadwan@sulaimanlaw.com, mbadwan@sulaimanlaw.com;courtinfo@sulaimanlaw.com;bkycourtinfo@gmail.com;ECFNotice@sulaimanlaw.com

        Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov

        Toni  Dillon    on behalf of Creditor    Bank of America, N.A./PNC Bank, N.A. tdillon@atty-pierce.com,  northerndistrict@atty-pierce.com

        TOTAL: 6